# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 04/09/2020 |
| Case: 1−19−47724−nhl | Form ID: 318DF7 | Total: 74 |

**Recipients of Notice of Electronic Filing:**
tr      Lori Lapin Jones      ljones@jonespllc.com
aty     Norma E Ortiz      email@ortizandortiz.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Mark Doherty      2614 Jackson Avenue      PHC      Long Island City, NY 11101
jdb     Susan Boyle      2614 Jackson Avenue      PHC      Long Island City, NY 11101
smg     NYS Department of Taxation & Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205
smg     NYC Department of Finance      345 Adams Street      Office of Legal Affairs      Brooklyn, NY 11201−3719
smg     NYS Unemployment Insurance      Attn: Insolvency Unit      Bldg. #12, Room 256      Albany, NY 12240
smg     Office of the United States Trustee      Eastern District of NY (Brooklyn Office)      U.S. Federal Office Building      201 Varick Street, Suite 1006      New York, NY 10014
9780477     Adidas      681 Cedar Crest Rd, ASB      Spartanburg, SC 29301
9764227     American Express      P.O. Box 1270      Newark, NC 07101−1270
9780479     American Express      P.O. Box 1270      Newark, NC 07101−1270
9764226     American Express      P.O. Box 1270      Newark, NJ 07101−1270
9780478     American Express      P.O. Box 1270      Newark, NJ 07101−1270
9780480     Apparis      255 Canal Street      Floor 3      New York, NY 10013
9764228     Bank of America      PO Box 982238      El Paso, TX 79998
9780481     Bank of America      PO Box 982238      El Paso, TX 79998
9764229     Barclays      P.O. Box 13337      Philadelphia, PA 19101−3337
9780482     Barclays      P.O. Box 13337      Philadelphia, PA 19101−3337
9764230     Best Buy Credit Services      P.O. Box 9001007      Louisville, KY 40290−1007
9780483     Best Buy Credit Services      P.O. Box 9001007      Louisville, KY 40290−1007
9764231     Capital One      PO Box 30253      Salt Lake City, UT 84130
9780484     Capital One      PO Box 30253      Salt Lake City, UT 84130
9764232     Card Member Services      P.O. Box 1423      Charlotte, NC 28201−1423
9780485     Card Member Services      P.O. Box 1423      Charlotte, NC 28201−1423
9764233     Citi Cards      P.O. Box 70166      Philadelphia, PA 19176−0166
9780486     Citi Cards      P.O. Box 70166      Philadelphia, PA 19176−0166
9780487     Clarks      PO Box 415388      Boston, MA 02241
9764234     Comenity Bank/Wayfair      PO Box 182789      Columbus, OH 43218
9780488     Comenity Bank/Wayfair      PO Box 182789      Columbus, OH 43218
9780489     Converse      1 lovejoy Wharf      Boston, MA 02114
9780490     Crooks and Castle      Modextil Inc      5525 Pare Street      Montreal QC, Canada H$P 1P7,
9780491     Diamond Supply      1710 Cordova Street      Los Angeles, CA 90007
9780492     Dickies      Caine & Weber      PO Box 55848      Sherman Oaks, CA 91413
9764235     Everest Business Fuding      5 West 37th St.      Suite 1100      New York, NY 10018
9780493     Everest Business Fuding      5 West 37th St.      Suite 1100      New York, NY 10018
9780494     Fila      930 Ridhebrook Road      Suite 200      Sparks Glencoe, MD 21152
9764236     Great Lakes Educational Loan Services, Inc.      2401 International Lane      Madison, WI 53704
9780495     Great Lakes Educational Loan Services, Inc.      2401 International Lane      Madison, WI 53704
9780496     Herschel      611 Alexander #108      Vancouver, BC V6A 1E1,
9780497     Internal Revenue Service      PO Box 7346      Centralized Insolvency Agency      Philadelpia, PA 19101−7346
9764237     Itria Ventures LLC      One Penn Plaza      Suite 4530      New York, NY 10119
9780498     Itria Ventures LLC      One Penn Plaza      Suite 4530      New York, NY 10119
9764238     JPMCB Card Services      PO Box 15369      Wilmington, DE 19850
9780500     JPMCB Card Services      PO Box 15369      Wilmington, DE 19850
9780499     John Minney      250 Brenner Drive      Congers, NY 10920
9764239     Kabbage      PO Box 77081      Atlanta, GA 30357
9780501     Kabbage      PO Box 77081      Atlanta, GA 30357
9780502     Karhu      255 West 36th ST      New York, NY 10018
9780503     Keds      9341 Courtland Dr.      Rockford, MI 49351
9780504     Lacoste      551 Madison Ave      Suite 1500      New York, NY 10022
9780505     Levis      Levi Straus & CO      PO Box 100883      Atlanta, GA 30384
9764240     Lowe's      1000 Lowes Blvd.      Mooresville, NC 28117
9780506     Lowe's      1000 Lowes Blvd.      Mooresville, NC 28117
9780510     NYS Dept of Tax And Finance      Bankruptcy Section      PO Box 5300      Albany, NY 12205−0300
9780507     New Balance      400 West Cummings Park      Suite 4450      Woburn, MA 01801
9780508     Nike      20001 Ellipse      Foothill Ranch, CA 92610
9780509     Nixon      701 South Cost Highway      Encinitas, CA 92024
9764241     Ogden Cap Properties LLC      c/o D.B.F. Collection Corp.      P.O. Box 447      Hewlett, NY 11557
9780511     Ogden Cap Properties LLC      c/o D.B.F. Collection Corp.      P.O. Box 447      Hewlett, NY 11557
9780512     On Running      1937 Quimby Street      Portland, OR 97209
9764242     PayPal Credit/SYNCB      P.O. Box 960006      Orlando, FL 32896−0006
9780513     PayPal Credit/SYNCB      P.O. Box 960006      Orlando, FL 32896−0006

| | | | |
|---|---|---|---|
| 9780514 | Puma Receivables Management Corp | PO Box 2471 | Woburn, MA 01888 |
| 9780517 | SNKR Project Radix Lab | 209 West 20th street Suite 7A | New York, NY 10018 |
| 9780515 | Secrid TKB Incasso Postbus 117, 1000 | AC | Amsterdam, |
| 9780516 | Skechers | 228 South Sepulveda | Manhattan Beach, CA 90266 |
| 9780518 | Supra | PO Box 844191 | Manhattan Beach, CA 90266 |
| 9780519 | Tango Hotel | 37 West 37th street | New York, NY 10018 |
| 9780520 | The North Face | 34 Seymour Street | Tonawanda, NY 14150 |
| 9780521 | Tommy Hilfiger | 34 Seymour Street | |
| 9764243 | Toyota Financial Services | P.O. Box 4102 | Carol Stream, IL 60197–4102 |
| 9780522 | Toyota Financial Services | P.O. Box 4102 | Carol Stream, IL 60197–4102 |
| 9780523 | Vans | 34 Seymour STreet | Tonawanda, NY 14150 |
| 9780524 | Wolverine | 9341 Courtland Drive | Rockford, MI 49351 |

TOTAL: 72